9733.   CENTRAL OF GEORGIA RAILWAY Co. v. JAQUES & TINSLEY
                                COMPANY.

BROYLES, P. J. , 1. In the light of the qualifying note of the trial judge, it
    does not appear that he erred in excluding the testimony of the witness
    Montgomery as to the weights of the carload lots of corn shipped.  It is
    not permissible for a witness to testify to facts the knowledge of which
    he has obtained from records not personally kept by him.

2. The assignment of error based upon the sustaining of the defendant's
    objections to certain documentary evidence, and the exclusion of the
    evidence, is too indefinite to raise any question for consideration by this
    court, as it does not show what were the objections sustained by the
    court, nor wherein the court erred in sustaining them and in excluding
    the evidence.

3. The court did not err in admitting in evidence, over the objections of the
    plaintiff, a paragraph of the original petition introduced by the defend-
    ant, which had been stricken by amendment.  *Lydia Pinkham Med. Co.*
    v. *Gibbs*, 108 *Ga.* 138 (33 S. E. 945); *McElmurray* v. *Blodgett*, 120 *Ga.*
    9, 16 (47 S. E. 531).  This paragraph contained an admission that the
    plaintiff's agent quoted the particular rate under which the shipment of
    corn moved.  In the absence of proof to the contrary, it would be pre-
    sumed that the agent quoted the correct rate; and the evidence was
    therefore relevant and admissible.

4. It was not error to direct a verdict for the defendant.

                *Judgment affirmed.   Bloodworth and Stephens, JJ., concur.*
                        DECIDED FEBRUARY 11, 1919.

    Complaint; from city court of Macon—Judge Guerry. March 27,
1918.

    *R. C. Jordan,* for plaintiff.

    *Hardeman, Jones, Park & Johnston, Richard Curd,* for defend-
ant.